**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-2046

THERESA B. BRADLEY,

Plaintiff – Appellant,

v.

CVS CORPORATION; CVS OF BETHESDA, LLC; CVS PHARMACY, d/b/a
CVS Pharmacy Store #1831; MIDAS, INCORPORATED; MIDAS AUTO
REPAIR AND SERVICE HARFORD CAR CARE; STEPHEN TENNANT; SHANE
ROSS; SAM DOPPLER; YURIY BRONFMAN; ELENA DONSKAIA; STATE
AUTO INSURANCE COMPANY; LARISSA MILLER; SCOTT PATRICK BURNS,

Defendants – Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Peter J. Messitte, Senior District
Judge.  (8:07-cv-02732-PJM)

Submitted:  July 23, 2009          Decided:  July 27, 2009

Before WILKINSON and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Theresa B. Bradley, Appellant Pro Se.   Scott Patrick Burns,
Toyja E. Kelley, TYDINGS & ROSENBERG, LLP, Baltimore, Maryland;
Frank Furst Daily, III, LAW OFFICES OF FRANK F. DAILY, PA, Hunt
Valley, Maryland; Herbert Romulus O'Conor, III, O'CONOR GRANT &
SAMUELS, Towson, Maryland; Betty Sue Diener, MARKS, O'NEILL,
O'BRIEN & COURTNEY, Towson, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Theresa Bradley appeals the district court's order granting the Appellees' motion to dismiss Bradley's civil complaint. We have reviewed the record and find no reversible error. Accordingly, we deny as moot Bradley's motion to vacate this court's dismissal for failure to prosecute and affirm for the reasons stated by the district court. <u>Bradley v. CVS Corp.</u>, No. 8:07-cv-02732-PJM (D. Md. Aug. 28, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>